# EXHIBIT "B"

IN THE MATTER OF THE  
APPLICATION TO SEARCH

SUPERIOR COURT OF NEW JERSEY  
COUNTY OF SALEM

PROPERTY:  
SAMSUNG "CRICKET" CELLULAR TELEPHONE  
MODEL SCH-R211  
BEARING SERIAL NUMBER 268435459000212693

CRIMINAL  
SON SAL SG SW 11

### SEARCH WARRANT

To Detective II D. Quinn, badge number 6424, New Jersey State Police, and any officers of the New Jersey State Police or any officer of any department having jurisdiction.

### 1) THINGS TO BE SEIZED:

This matter having being opened to the court by Detective II D. Quinn, badge number 6424, on the application for the issuance of a search warrant for the:

( ) Premises listed below

( ) Vehicle(s) listed below

( ) Person(s) listed below

( X ) Property listed below

and the court having reviewed:

( X ) Affidavit of

( ) Testimony under oath of

said Detective II D. Quinn, badge number 6424, and being satisfied that located therein or thereon there is:

All information stored in the telephone, including but not limited to, assigned mobile telephone number, Electronic Serial Number (ESN), International Mobile Equipment Identifier (IMEI) number, Internation Mobile Subscriber Identity (IMSI) number, serial number, service provider, stored list of all incoming telephone calls, all outgoing telephone calls, stored contact

Page 1 of 3

lists, and any other evidence or information tending to establish the commission of the crimes of **Murder {N.J.S.A. 2C:15-1}, Possession of a Weapon for an Unlawful Purpose {N.J.S.A. 2C:39-4}, Possession of CDS/Heroin {N.J.S.A. 2C:35-10a.1}, and Possession of CDS Paraphernalia {N.J.S.A. 2C:36-2},** that a thorough and diligent search may disclose will be seized.

### 2) AUTHORITY TO SEARCH: SERVE ONE COPY OF WARRANT:

You are commanded to search the:

(   ) Premises listed below

(   ) Vehicle(s) listed below

(   ) Person(s) listed below

( X ) Property listed below

and to serve a copy of this warrant on such person or on the person in charge or control of such premises, vehicle, person, or property.

### 3) DELIVER RECEIPT OF ITEMS SEIZED:

You are hereby ordered in the event you seize any of the above described articles, to give a receipt for the property so seized to the person from whom it was taken or in whose possession it was found, or in the absence of such person to leave a copy of this warrant together with such receipt in or upon the said premises or vehicle(s) from which the property was taken.

### 4) TIME WHEN SEARCH CAN BE CONDUCTED, INVENTORY TO JUDGE:

You are further authorized to execute this warrant within ten (10) days from the issuance hereof:

(   ) Between the hours of _____ and _____

( X ) Anytime

and thereafter to forthwith make a prompt return to me with a written inventory of the

property seized under the authority of this warrant.

## 5) SPECIFIC DESCRIPTION OF THE PROPERTY TO BE SEARCHED.

~~The following is a description of the:~~

(   ) Premises listed below

(   ) Vehicle(s) listed below

(   ) Person(s) listed below

( X ) Property listed below

To be searched:

1) SAMSUNG "CRICKET" CELLULAR TELEPHONE, MODEL SCH-R211 BEARING SERIAL NUMBER 268435459000212693

GIVEN AND ISSUED UNDER MY HAND AT __3:50__ A.M./ P.M., this __15th__ day of November, 2011.

_Samuel D. Natal JSC_
Judge of the Superior Court

Salem County

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION TO SEARCH: | SUPERIOR COURT OF NEW JERSEY COUNTY OF SALEM |
| PROPERTY: SAMSUNG "JITTERBUG" CELLULAR TELEPHONE MODEL SPT-A310 BEARING SERIAL NUMBER 268435458905807471 | CRIMINAL |
| SAMSUNG "CRICKET" CELLULAR TELEPHONE MODEL SCH-R211 BEARING SERIAL NUMBER 268435459000212693 | SON SAL 55 SW 11 SON SAL 56 SW 11 |

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) SS | APPLICATION FOR SEARCH WARRANT |
| COUNTY OF SALEM | ) | |

I, Detective II D. Quinn, badge number 6424, of full age, being duly sworn on his oath according to law, depose and says:

### 1) QUALIFICATIONS OF APPLICANT:

I am presently assigned to the Criminal Investigation Office and have been a member of the New Jersey State Police for approximately seven (7) years. In addition to graduating from the New Jersey State Police Academy in September of 2004, I have attended numerous courses, seminars, training sessions, and lectures regarding criminal investigation techniques and procedures, as well as the practices and methods of operation employed by individuals engaged in various types of criminal activity including Arson. I have further been involved with investigations requiring the interdiction of individuals and groups engaged in such criminal activity. I have participated in over two hundred (200) investigations involving arson, burglary, narcotic and weapons trafficking. The aforementioned investigations have resulted in numerous arrests and convictions. I have engaged in search warrants in which illegal contraband has been seized. Additionally, I have been called to testify in various prosecutions within the State of New Jersey resulting in convictions of defendants for violations of the New Jersey Criminal Statutes. I have been involved in numerous criminal investigations which have involved the crimes of Arson, Criminal Attempt Homicide, Weapons Offenses, Aggravated Assault, Robbery,

Page 1 of 6

USAO00268

Terroristic Threats, Burglary, Theft, Receiving Stolen Property, Bad Checks, Fraud, Possession / Distribution / Manufacture of Controlled Dangerous Substances, and Conspiracy to commit various criminal offenses.

### 2) BRIEF DESCRIPTION OF WHAT IS TO BE SEARCHED:

I want to search and have a mechanical inspection of the following:

      ( ) Premise at:

      ( ) Vehicle(s) of:

      ( ) Person(s) of:

      ( X ) Property:

1) SAMSUNG "JITTERBUG" CELLULAR TELEPHONE, MODEL SPT-A310, BEARING SERIAL NUMBER 268435458905807471

2) SAMSUNG "CRICKET" CELLULAR TELEPHONE, MODEL SCH-R211, BEARING SERIAL NUMBER 268435459000212693

### 3) SPECIFIC DESCRIPTION OF THE PROPERTY TO BE SEARCHED:

The property is specifically described as:

1) SAMSUNG "JITTERBUG" CELLULAR TELEPHONE, MODEL SPT-A310, BEARING SERIAL NUMBER 268435458905807471

2) SAMSUNG "CRICKET" CELLULAR TELEPHONE, MODEL SCH-R211, BEARING SERIAL NUMBER 268435459000212693

### 4) SPECIFIC DESCRIPTION OF WHAT IS TO BE SEIZED:

All information stored in the telephone, including but not limited to, assigned mobile telephone number, Electronic Serial Number (ESN), International Mobile Equipment Identifier (IMEI) number, Internation Mobile Subscriber Identity (IMSI) number, serial number, service provider,

stored list of all incoming telephone calls, all outgoing telephone calls, stored contact lists, and any other evidence or information tending to establish the commission of the crimes of **Murder {N.J.S.A. 2C:15-1}, Possession of a Weapon for an Unlawful Purpose {N.J.S.A. 2C:39-4}, Possession of CDS/Heroin {N.J.S.A. 2C:35-10a.1}, and Possession of CDS Paraphernalia {N.J.S.A. 2C:36-2}**, that a thorough and diligent search may disclose will be seized.

### 5) PROBABLE CAUSE.

The facts supporting this application are as follows:

A. At 11:15 P.M., the Woodstown Station received a telephone call from the Salem County Hospital in regards to a patient. Carole A. Brown (Date of Birth: ▓▓▓ 1938, SSN: ▓▓▓ 3903) was brought to the Emergency Room by Frank Maclaine (Date of Birth: ▓▓▓ 1946, SSN: ▓▓▓ 3453). Frank Maclaine drove Carole Brown to the hospital, operating Carole Brown's vehicle (2006 Hyundai Tucson, bearing Pennsylvania registration YHH13B). Carole Brown had severe blunt force trauma to the back side of her head. Carole Brown was treated by Dr. Wolk, but was pronounced deceased at 11:25 P.M. Carole was transported to Underwood Memorial Hospital, pending an autopsy.

B. Trooper B. Bobbitt, badge number 6343, and Trooper M. Liccketto, badge number 7124, responded to the Salem County Hospital to investigate. Trooper Bobbitt encountered Frank Maclaine sitting in a wheelchair in the hallway of the Emergency Room. Frank Maclaine told Trooper Bobbitt that he was visiting his girlfriend, Carole Brown, at her apartment. At some point in the evening, Carole Brown drove to the "Corner Bar" in Woodstown to "buy drugs". When she didn't return after an hour, Frank Maclaine claimed that he walked to the "Corner Bar" to look for her and observed her vehicle parked in the "Corner Bar" parking lot. Frank Maclaine indicated that he saw Carole Brown slumped over, sitting in the passenger seat of the vehicle. He opened the passenger door, shook Carole, and asked her "if she was okay". Carole did not respond. Frank Maclaine indicated that he assumed control of the vehicle and drove her to the Salem County Hospital.

USAO00270

C. Detective II E. Crain, badge number 6296, of the New Jersey State Police/Crime Scene Unit, responded to the hospital and photographed Carole Brown's Hyundai Tucson. In plain view, through the vehicle's windows, Detective Crain observed evidence of an assault. Located throughout the passenger cabin was pools of blood, high velocity blood spatter, brain matter, and bone fragments. Consequently, the vehicle was secured and towed to Troop "A" Headquarters, pending the application of a search warrant.

D. Detective II D. Quinn, badge number 6424, responded the Carole Brown's apartment ▮▮▮▮▮▮▮▮▮▮ Apartment E 714, Woodstown, New Jersey). Frank Maclaine's vehicle (Ford Taurus, PA Registration HSL2233) was parked haphazardly in a parking stall in front of her apartment. The vehicle had impact damage, which appeared to have been recent, to the lower portion of the vehicle's passenger door.

E. During a neighborhood canvass, Trooper B. Guinup, badge number 6728 interviewed Carole Brown's neighbor ▮▮▮▮ Pansena, Date of Birth: ▮▮▮▮ 1934; ▮▮▮▮ ▮▮▮▮ Apartment ▮▮▮▮ Woodstown, New Jersey). ▮▮▮▮ Pansena stated that Frank Maclain is a long time "good friend" of Carole Brown. ▮▮▮▮ recalled going to bed at approximately 10:15 P.M. Before doing so, ▮▮▮▮ heard Carole "talking loud" at the rear of her vehicle, which was very uncharacteristic of Carole. ▮▮▮▮ described Carole as being very soft spoken. ▮▮▮▮ assumed Carole was speaking to Frank Maclaine, but was not certain. A few minutes after hearing the loud conversation, ▮▮▮▮ looked outside of her window a second time and noticed Carole's vehicle was no longer there. Only Frank MacClaine's vehicle remained. Frank Maclaine's vehicle (2005 Ford Taurus, bearing Pennsylvania registration HSL2233) was secured and towed to Troop "A" Headquarters, pending the application of a search warrant.

F. I telephoned Carole Brown's next of kin, and ex-husband ▮▮▮▮ Brown Jr. ▮▮▮▮

▓▓▓▓ Manheim, Pennsylvania 17545). I contacted ▓▓▓▓ Brown to notify him of Carole's death and glean background information. ▓▓▓▓ Brown explained that he and Carole have been divorced for approximately 25 years. ▓▓▓▓ indicated that he does not stay intimately involved in her daily life, but they remain in sporadic contact. They last spoke approximately one month ago. In regards to past or recent boyfriends, ▓▓▓▓ stated that Carole had a relationship with a guy name "Frank" intermittently over the last 20 years. ▓▓▓▓ could not independently recall "Frank's" last name, but when offered the last name "Maclaine", ▓▓▓▓ stated, "yeah, that's it". ▓▓▓▓ added that Carole has complained in the past that Frank was stalking her and that she (Carole) was afraid of him (Frank). ▓▓▓▓ believed that Frank was attempted to reignite a relationship with Carole, however, she was not interested.

G. Frank Maclaine was transported to the Woodstown Station for further investigation. Frank Maclaine's clothes were covered in blood. Permeated throughout his jacket, shirt, pants, and boots were smears and droplets of blood. Frank Maclaine's hands were blood soaked, and blood spatter was observed on his face and forehead. At the time Frank Maclaine was transported the Woodstown Station, he was extremely intoxicated and not suitable for an interview.

H. When Frank Maclaine was placed under arrest, he was found to possess the aforementioned Samsung "Jitterbug" cellular telephone (MODEL SPT-A310, Bearing Serial Number 268435458905807471). During the execution of a search warrant on the vehicle whereupon the crime was committed (2006 Hyundai Tucson, bearing New Jersey Registration YHH13B, and Vehicle Identification Number KM8JM 12B86 U2528 78), a Samsung, "Cricket" Cellular Telephone, Model SCH-R211; bearing serial number 268435459000212693 was located therein.

Based on my training, experience and the facts recited in this application, I have reason to believe and do believe that evidence relating to the crime of **Murder {N.J.S.A. 2C:15-1}, Possession of a Weapon for an Unlawful Purpose {N.J.S.A. 2C:39-4}, Possession of CDS/Heroin {N.J.S.A. 2C:35-10a.1}, and Possession of CDS Paraphernalia {N.J.S.A. 2C:36-2}**, is located upon the 1) SAMSUNG "JITTERBUG" CELLULAR TELEPHONE, BEARING SERIAL NUMBER 268435458905807471 and SAMSUNG "CRICKET" CELLULAR TELEPHONE, MODEL SCH-R211, BEARING SERIAL NUMBER 268435459000212693

6) <u>TIME WHEN SEARCH CAN BE CONDUCTED.</u>

I hereby request that the warrant be executed within ten (10) days from the issuance between the hours of 6:00 A.M. and 10:00 P.M.

Therefore, I respectfully request permission be granted for the search and seizure of the vehicle listed in the aforementioned document.

Det II  V. ? #6424

Detective II D. Quinn #6424
New Jersey State Police
Troop "A" Criminal Investigation Office
Woodstown Station

Sworn and subscribed before me this

\_\_15th\_\_ day of November, 2011.

_____
Samuel D. Natal, JSC
Judge of the Superior Court,
assigned in and to the County of Salem,
State of New Jersey.