# EXHIBIT "B"

| NEW JERSEY STATE POLICE CRIME SCENE EVIDENCE LOG | | CASE/CRIME Homicide | | VICTIM Carole A. Brown | | CASE NUMBER H170201100512 |
|---|---|---|---|---|---|---|
| ITEM NO. | REF. | DESCRIPTION OF ITEM(S) | WHERE FOUND | COLLECTED BY | DATE AND TIME | TURNED OVER TO & DATE |
| RK11 | | (1) "Samsung Cricket" cellular phone w/ black leather case. | Driver's side door of vehicle. | Det. I R. Keller #6036 | 11/10/2011 @ 5:35 pm | Det. II J. Champ #6256 11/10/2011 |
| RK12 | | (1) Two page handwritten note. | Center console area of vehicle. | Det. I R. Keller #6036 | 11/10/2011 @ 5:37 pm | Det. II J. Champ #6256 11/10/2011 |
| RK13 | | (1) Album containing misc. photos / documents / paperwork. | Blue colored leather suitcase in trunk of vehicle. | Det. I R. Keller #6036 | 11/10/2011 @ 5:40 pm | Det. II J. Champ #6256 11/10/2011 |

EVIDENCE RECEIVED BY (PRINT NAME): Det. II J. Champ #6256

AGENCY: NJSP Buena Vista Station CIO

ADDITIONAL INFO: Vehicle: a tan 2005 Ford Taurus SE sedan bearing PA registration HSL2233, VIN# 1FAFP53235A200247.

EVIDENCE RECEIVED BY (SIGNATURE): [signature] Det II

LOCATION EVIDENCE TOT'd: Crime Scene Investigations Unit South Office

DATE AND TIME TOT'd: 11/10/2011 @ 6:45 pm

PAGE 1 OF 1 PAGES

S.P. 214 (3/00)