IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | CRIMINAL ACTION |
| v. | : | No. 12-239-1 |
| FRANK MCALEESE,<br>Defendant. | : | |

## Order

**AND NOW**, this 30th day of September, 2013, upon consideration of the government's motion for reconsideration (Doc. No. 39), and Defendant's response (Doc. No. 43), and for the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **DENIED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**